1
2
3
4
5                                          JS-6
6
7
8
9                  UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11
12

13   HAZEL JACKSON, on behalf of          Case No. 8:15-cv-02161 AG (DFMx)
     plaintiff and the class members
14   described herein,                              8:15-cv-01592 AG (DFMx)

15              Plaintiff,               Hon. Andrew J. Guilford

16   v.                                  **ORDER RE: CONSOLIDATION**

17   EXPERIAN INFORMATION
     SOLUTIONS, INC. and EXPERIAN
18   HOLDINGS, INC.,

19              Defendants.
20
21
22
23
24
25
26
27
28

1    **IT IS HEREBY ORDERED** that the above-captioned case, *Jackson v.*

2    *Experian Information Solutions, Inc., et al., Case No. 8:15-cv-02161* (the "*Jackson*

3    *v. Experian* Litigation"), is consolidated into the *In re Experian Data Breach*

4    *Litigation*, Case No. 8:15-cv-01592 (the "Consolidated Action").  This court

5    previously ordered that the *Jackson v. Experian* Litigation be transferred pursuant

6    to General Order 14-03 (Related Cases), finding that it arises "from the same or

7    closely related transactions" and calls "for determination of the same or

8    substantially related questions of law and fact" as the Consolidated Action [*See* Dkt

9    Entry No. 21].  Pursuant to this court's December 16, 2015 order entered in *In re*

10   *Experian Data Breach Litigation* [*See* Dkt Entry No. 22-1],  in which this court

11   ordered that any actions asserting claims that are the same or similar to the claims at

12   issue in the Consolidated Action should be consolidated with that action, the

13   *Jackson Litigation* is hereby consolidated with the Consolidated Action.

14   **IT IS SO ORDERED.**

15

16

17   Dated: January 15, 2016                    _____

18                                              The Hon. Andrew J. Guilford
                                                United States District Judge
19

20

21

22

23

24

25

26

27

28

[Proposed] Order Re: Consolidation
Case No. 8:15-cv-02161 AG (DFMx)